# EXHIBIT A

## DESIGN INFRINGEMENTS

| SUBJECT DESIGNS | OFFENDING PRODUCTS |
|---|---|
| **"Royal Portrait Mode Mini Dress Design"** *www.dollskill.com/products/royal-portrait-mode-mini-dress* Copyright Reg. No.: VA0002291800 | **"Sexy Women's Grunge Lace Red Dress"** *https://hardnheavy.style/products/sexy-womens-grunge-lace-purple-dress-plaid-gothic-style-a-line-mini-dresses* |



| SUBJECT DESIGNS | OFFENDING PRODUCTS |
|---|---|
| **"Widow Tank Straight From Hell Graphic"** | **"Summer Top With Animal Print"** |
| *www.dollskill.com/products/straight-from-hell-graphic-tank* | *https://hardnheavy.style/products/womens-summer-top-with-animal-print-alternative-backless-ladies-outwear* |
| Copyright Reg. No.: VA0002308875 | |



| SUBJECT DESIGNS | OFFENDING PRODUCTS |
|---|---|
| **"Teddy Deady Backpack"** *www.dollskill.com/products/deady-teddy-backpack* Copyright Reg. No.: VA0002301576 | **"Rock Fashion Skeleton Bear Female Backpack / Punk Style Designer Backpacks for Ladies"** *https://hardnheavy.style/products/rock-fashion-skeleton-bear-female-backpack-punk-style-designer-backpacks-for-ladies* |
|  |  |
|  |  |

4

## PHOTOGRAPH INFRINGEMENTS

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|
| **"WID Goth Schoolgirl 21"**<br>Copyright Reg. No.: VA0002370860 | **"Gothic Rose Embroidered Coffin Shape Handbag / Stylish Shoulder Bag"**<br>*https://hardnheavy.style/products/gothic-rose-embroidered-coffin-shape-handbag-stylish-shoulder-bag* |
|  |  |

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|
| **"Widow Velvet 08.13.20 6"**<br>Copyright Reg. No.: VA0002391075 | **"Crop Top for Women - Gothic Cloth"**<br>*hardnheavy.style/products/gothic-black-crop-tank-top-for-women-sexy-top-with-aesthetic-lace-and-strap*<br> |

Case 2:25-cv-07584    Document 1-1    Filed 08/14/25    Page 7 of 11    Page ID #:18

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|
| **"DK_KLSTR_03.20.2018_1"**<br>Copyright Reg. No.: VA0002391074 | **"Women's Off Shoulder Black Gothic Long Sweater / Hollow Out Knit Pullover"**<br>*hardnheavy.style/products/womens-off-shoulder-black-gothic-long-sweater-hollow-out-knit-pullover*<br> |

| **"DK 2019 (04-06)"**<br>Copyright Reg. No.: VA0002300641 | **"Pleated Gothic Pants for Women/ Autumn Fashion Female Trousers with Zipper and Pockets"**<br>*hardnheavy.style/collections/womens-bottoms/products/pleated-gothic-pants-for-women-autumn-fashion-female-trousers-with-zipper-and-pockets* |
|---|---|
|  |  |

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|



| **"DK MAR2018-DEC2018"** Copyright Reg. No.: VA0002391074 | **"Women's Skeleton Print Hoodie With Straps - Cool Gothic Cloth"** *https://hardnheavy.style/products/womens-gothic-style-hoodie-cool-skeleton-hoodie-with-straps-womens-hoodie-with-skeleton-mask* |
|---|---|
| |  |
|  |  |

| SUBJECT PHOTOGRAPHS | INFRINGING USES |
|---|---|

